# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO D. QUEZADA, | Case: No. 1:11-cv-01254-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION AS MOOT |
| v. | (Doc. 19) |
| MAURICE JUNIOUS, et al., | |
| Defendants. | |

    Renato D. Quezada ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On June 16, 2011, Plaintiff filed the original complaint. (Doc. 3). On August 1, 2011, the Court issued an order to show cause and ordered Plaintiff to respond within thirty days of service of the order or the action would be dismissed without prejudice. (Doc. 10). On September 8, 2011, the Court dismissed the action for failure to prosecute. (Doc. 14). However, on September 16, 2011, the Court sua sponte amended its dismissal order upon discovering that Plaintiff had timely filed a response to the order to show cause. (Doc. 18). On September 21, 2011, Plaintiff filed a motion for reconsideration of the Court's September 8, 2011, order on the grounds that his response was timely. (Doc. 19). As the Court already amended its order filed on September 8, 2011, to address Plaintiff's timely response, Plaintiff's motion for reconsideration filed on September 21, 2011, is moot.

///

///

1  Based on the foregoing, the Court DENIES Plaintiff's motion, filed on September 21, 2011,
2  as moot.  (Doc. 19).

IT IS SO ORDERED.

Dated: October 13, 2011

UNITED STATES MAGISTRATE JUDGE